PER CURIAM.
We grant the petition for writ of certiorari and quash the order denying the motion to strike the claim for punitive damages. See § 768.72, Fla.Stat. (1996); Keller Indus., Inc. v. Kennedy, 668 So.2d 328 (Fla. 4th DCA 1996); Walt Disney World Co. v. Noordhoek, 672 So.2d 98 (Fla. 3d DCA 1996); Kraft Gen. Foods, Inc. v. Rosenblum, 635 So.2d 106 (Fla. 4th DCA), rev. denied, 642 So.2d 1363 (Fla.1994).
WARNER, FARMER and PARIENTE, JJ., concur.